374

EMILY WEBER, Plaintiff-Appellant, *v.* FAY ROLLAND WEBER, Defendant-Appellee.

(No. 56974; ▆▆▆▆▆▆▆▆▆

First District—November 1, 1972.

*Rehearing denied November 22, 1972.*

Opinion by Mr. JUSTICE BURMAN.

Gomberg, Missner & Schaps, of Chicago, (Sidney D. Missner, of counsel,) for appellant.

GRANT REICHARD *et al.* Plaintiffs—(THE CITY OF PARK RIDGE, Plaintiff-Appellee,) *v.* ZONING BOARD OF APPEALS OF THE CITY OF PARK RIDGE *et al.,* Defendants—(ALL AMERICAN LIFE AND CASUALTY COMPANY, Defendant-Appellant.)

(No. 55890; ▆▆▆▆▆▆▆▆▆

First District—November 1, 1972.